PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs. | ) |
| | ) |
| **Amaya English** | ) Case No.  1:21-CR-00054-SEALED |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

In light of the defendant's known alcohol use, U.S. Pretrial Services recommends the following modification of the above-named defendant's conditions of release:

- Refrain from any alcohol use
- Alcohol abstinence to be monitored electronically via Soberlink electronic monitoring device
- All other previously imposed conditions of release remain in full force and effect

Assistant U.S. Attorney Sean Delaney and Defense Counsel Joshusa Insley have no objections to this modification.

_____   7/12/21
Jessica Weisman                   Date
U.S. Pretrial Services Officer

_____   7/12/21
Troy Scott                             Date
Supervisory U.S. Pretrial Services Officer

☒ The above modification of conditions of release is ordered, to be effective on   July 14, 2021 .

☐ The above modification of conditions of release is *not* ordered.

_____   July 14, 2021
The Honorable Deborah L. Boardman   Date
Judicial Officer